UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-MJ-02125-KS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SEAN A. JOHNSON | ) | |

1. The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss without prejudice Count Three of the Criminal Information filed in the above-captioned matter.

2. After due consideration, the Court hereby ALLOWS the Motion to Dismiss Count Three without Prejudice.

3. The Court finds that the dismissal without prejudice is in the best interest of justice.

So ORDERED this __9th__ day of __September__, 2014.

*Kimberly A. Swank*
United States Magistrate Judge